# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

_____EASTERN_____ DIVISION

Jacques S. Hawkins #87864509    )
                                )
                                )
*(Write the full name of the plaintiff in this action.*    )
*Include prisoner registration number.)*    )
                                )
                                )
v.                              )
Greenville Federal Correctionl Institution (a). )
                                )
Greenville FCI Staff ; 1 House Caseworker,    )
(b).Ms.Phillips , S.I.S Leutinant Burggraf (c).    )
                                )
                                )
                                )
                                )
*(Write the full name of each defendant. The caption*    )
*must include the names of **all** of the parties.*    )
*Fed. R. Civ. P. 10(a). Merely listing one party and*    )
*writing "et al." is insufficient. Attach additional*    )
*sheets if necessary.)*    )

Case No: **4:23 - CV - 00601 SEP**
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☑ Yes    ☒ No

Biven's Claim
☑ Yes

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

#87864-509, Hawkins, Jacques S.
↑ Cadre (8-2) SMCFP
Re: 3:23-CV-02008-SMY
1st. Filed in Eastern District Missouri, this is for docket evidence to show i asked for relief for damages, due to threats of bodily-harm, invasion of privacy, unsecure environment at Greenville, Bribery by defendant (c) Burggraff, neglection if rights and broken B.O.P Policies, by staff and now since before, 1-4-24 retaliation by transfer neglection of duties by such transfer for

## I.    The Parties to this Complaint

### A.    The Plaintiff

Name: Jacques S. Hawkins

Other names you have used: _____

Prisoner Registration Number: 87864509

Current Institution: FCI Greenville  Greenville, IL. Zip: 62246  P.O. Box 5000

Indicate your prisoner status:

| ☐ | Pretrial detainee | ☐ | Convicted and sentenced state prisoner |
| ☐ | Civilly committed detainee | ☒ | Convicted and sentenced federal prisoner |
| ☐ | Immigration detainee | ☐ | Other (explain): _____ |

### B.    The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Greenville FCI Staff : Caseworker Ms. Phillips, LT. Burggraf

Job or Title: Caseworker Phillips [1 House], Leuthnant S.I.S. Burggraf /SHU LT.

Badge/Shield Number: Not Available, this institution doesn't have Badge/Shield Numbers quoted "Burggraf."

Employer: Greenville Federal Correctional Institution Greenville, IL. 62246 P.O. Box 5000.

Address: Greenville, Illinois, Zip: 62246·5000 P.O. Box 5000

____X____ Individual Capacity          ____X____ Official Capacity

2

**Defendant 2**

Name: Greenville FCI (Federal Correction Institution)

Job or Title: (Acting Warden) Mrs. Hilliard

Badge/Shield Number: White, Red, Blue name tag, this institution is due to get Badge/Shield number.

Employer: Greenville FCI (Federal Correctional Institution)

Address: Greenville, Illinois Zip: 62246-5000 P.O. Box 5000

[X] Individual Capacity     [X] Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.  What happened to you?
2.  When did it happen?
3.  Where did it happen?
4.  What injuries did you suffer?
5.  What did each defendant personally do, or fail to do, to harm you?

· (STATEMENT OF CLAIM) ·

- My rights were violated by multiple inmate's reading my central file, which was allowed by staff, which was Caseworker Ms. Phillips from 1 House at Greenville FCI on 4/17 to 4/18. This incident happened inside of Central Office, when [4-6] inmate's threatened me with physical harm to force me to go read my central file multiple times, to request "paperwork." from the court's which an inmate used forgery to also fill out for multiple documents from the courts on Docket Entry # 54 on 4/20/2023. On 4/18 those inmate's forced me out of my cell-1B 137 by wearing "black gloves", retrieving weapons from their cell's and grouping up to try to "JUMP" me with multiple inmates. I stated to Caseworker Phillips [2-3] times urgently that this situation is occurring "right Now" that inmates are in the hallway & unit surrounding me with forcefull threats of physical harm which made it, a Imminent Danger of Serious bodily harm, due to Phillips stating " Mr. Hawkins your a grown-man, I have or Don't want anything to do with this" Phillips failed to put a STOP to allowing inmates to read my file, asking "Do YOU WANT TO PHONE A FRIEND?"

On the 3/23-cv-02008-GCS Phillips to notify that inmates are again threatening me to leave the unit, which we were in her personal office while looking up Addresses for my 'detainers' etc. I mentioned that I would defend myself if it came to that point, in which she (Phillips) responded "Ok you have to do what you have to or Go to the SHU/HOLE and loose FIRST STEP ACT & HALFWAY HOUSE approval will take longer and most of your privileges will be taken". I again was in complete shock that Phillips wasn't taking any action against the inmates committing Prohibited Acts as well as Phillips also now committing FEDERAL TORTS against my Civil Rights, Inmate Rights and privileges etc. I then made the smart decision to go to SHU before anymore threats or neglect from staff. As I went to inform (2) Correctional officers laid back located in the Central office hallway with their feet "kicked-up" around lunchtime as inmates went into my cell and stole my (2) commissary bags of food & my personal property which I had just bought $144.00 worth of food items, was being taken by the [4-6] inmates who was then stopped by the officers running my bags upstairs on the 2nd Floor of Unit 1B. My items were partially taken and retrieved by the officers and I was then, made to write a statement of the incident, drug/alcohol tested, videod for any injuries and strip-searched then placed into Cell 117 for now 50+ days until present. Since I've been in SHU multiple attempts to cover for Phillips by other staff at Greenville has happened including the [SHU SIS LT. Burggraf] committing an act of bribery to have me deceptfully sign a "Withdrawal of BP-9" -vs- Phillips by offering and giving me [40 stamps] while I was taken from 117 to speak with him on 5/4.

[LT. Burggraf: On 5/4, clearly bribed me with stating," I can possibly have you transferred by the End of May" then shortly after that gave me [40] Stamps in exchange of me signing a 'Withdrawal.' I clearly asked Burggraf, if this will be documented for my later usage if needed by my Attorney?," In which he responds," Yes this will be sent to the St. Louis Attorney's office." On 5/11 Burggraf then stated to me on this 2nd time being removed from 117 cell, that he closed my Case, (with no actions taken or none of the inmates disciplined nor staff (Phillips) being punished) that, I am re-opening your investigation." On 5/31 Burggraf now states during a full staff "Walk-Thru" done every Wednesday, that "He has talked to convicted federal inmates to decide that my safety isn't in danger and he will be trying to have me return to the compound in another Housing unit." Which is clearly a Neglection to Punish, staff & inmates That also would put my safety in imminent danger again, due to no investigation or punishment to ones who

**III. Injuries** clearly were involved.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1). Imminent Danger of Physical harm.
2). Neglection of Punishment
3). Cruel and Unusual Punishment
4). Inmate Rights & Privileges taken
5). Civil Rights broken
6). 4th & 8th Constitutional Rights broken

7) Defamation of Character

4

## IV.    Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I am an innocent person in this incident and I'm currently being held against my will and rights wrongfully by the Neglection to Punish, ones involved staff & inmates. I would like to be quickly transferred from Greenville or early release to finish my time/sentence. I also request money damages for remedy due to my sufferage in this facility of $100,000.00 or punitive damages previously stated with my current judge be notified and possibly considering any further leinancy or release to probation. I claim that $1 million or near that amount of damages will be equality for the FEDERAL TORTS to cover for wrong-doing and prohited acts by inmates allowed by multiple STAFF.

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes        ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Greenville FCI (Federal Correctional Institution) P.O. Box 5000, 62246

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes        ☐ No        ☐ Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes        ☐ No        ☐ Do not know

If yes, which claim(s)?   1). Remedy ID: 1159607-R1, R2   (Rejected Filed Incorrectly) (Appeal Sent 5/30.
2). Remedy ID: 1161306-R1    (Rejected Filed Incorrectly)
3). Remedy ID: 1162518-R1    (Rejected Filed Incorrectly)

- Unprofessional, Inappropriate Conduct or Misconduct by Staff.

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes        ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes        ☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? At Greenville FCI while being held in Cell 117 (SHU) counsler; Seely. Also with North Central Regional (400 State Avenue, Gateway Complex Tower-11, 8th Flur

2.    What did you claim in your grievance? (*Attach a copy of your grievance, if available*) Caseworker Phillips showed : Unprofessionalism, Inappropriate Conduct and Misconduct by Staff. By allowing multiple inmates to violate my rights to privacy by allowing these inmates to read my central file more than once causing these inmates to then force me out the unit with threats with weapons and verbal threats also stealing my commissary and property out of my locker. From Unit 1B Cell 137 which should be on video for investigation. Happened on 4/17-4/18 of 23".

3.    What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) The (A.W.)=Acting Warden Mrs. Hilliard hasn't responded at all, only has stamped my grievances or read them and neglected to write any responses multiple times. I've sent [2-3] BP-9, 10 grievances for her to discipline Phillips & inmates involved, but noone has been punished due to Mrs. Hilliard's neglection to Punish "On 5/31 she stated 2 wedsenday Walk-Thru" in consective that, "It'll be handled while we are investigating it, and today I have nothing with me, ask LT. Burggraf : which stated it's ok inmate's said your safe in response to me asking whats the status or update on the S.I.S Investigation?"

- My grievance's have all been rejected by wrongly filing them. Which means they are closed 6 or due to be closed, I've sent out 1159607-R1 to be Appealed on 5/30.

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

- All of my grievances have been rejected.
- I've remailed 1): Remedy I.D. 1159669-R1 for Appeal consideration on 5/30,
- I am constantly retrying the Remedy process to seek remedy via Regional, due to the 'sensitive nature' of my situation involving now, multiple STAFF at Greenville who seek-retaliation due to Rejection Notices informing them even further about my actions being taken to find solution or remedy.

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here:

2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. -I've tried to ask the correct counselors, staff how to file these in correct manner/process at the institutional level and "sensitively" in which I've been rejected and neglected by the SHU Counsler Seely, by Unit Manager I House Mrs Roger's by neglection of information, forms etc. I've also asked for Federal Tort Claim forms to file but have been neglected for months/days until presently. Warden neglects to inform as well

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

—I'll be sending multiple attachments the rejection notices, the copies of my grievances BP-8 (Documentation of Informal Resolution Attempt Sheets)

7

## VI.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.   To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes          ☑ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes          ☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.   Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.   Court (*if federal court, name the district; if state court, name the state and county*)

3.   Docket or case number _____

4.   Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No (*If no, give the approximate date of disposition*):_____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐ Yes           ☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.  Parties to the previous lawsuit

    Plaintiff_____

    Defendant(s) _____

2.  Court (*if federal court, name the district; if state court, name the state and county*)

3.  Docket or case number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

9

6.    Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):_____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _31ˢᵗ_ day of ____May____, 20_23_.

Signature of Plaintiff    (V.C.) Ogag Schaf— UCC.I -3o5 without prejudice

10

Jacques S. Hawkins #87864-509

Springfield Medical Center for Prisoners

Springfield, Mo.

P.O. Box 4000

Zip: 65801



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 0950 0000 8997 7185



Clerk of Court

United States District Court

750 Missouri Avenue

East St. Louis, Illinois

FEB 2 1 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE
RECEIVED
FEB 26 2024

Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

The enclosed letter was processed through special
procedures for forwarding to you. The letter has
neither opened nor inspected. If the writer raises a
question or problem over which this facility has
jurisdiction, you may wish to return the material for
further information or clarification. If the writer encloses
correspondence for forwarding to another address,
please return the enclosure to the above address.